THE STATE OF KANSAS v. SAM HEALER.

No. 15,808.   (97 Pac. 1134.)

THE STATE OF KANSAS v. J. LAU, AND C. WALKENWITZ.

No. 15,803.

Appeal from Leavenworth district court; JAMES H. GILLPATRICK, judge. Opinion filed October 10, 1908. Affirmed.

*Fred S. Jackson,* attorney-general, *Charles D. Shukers,* special assistant attorney-general, and *Lee Bond,* county attorney, for The State.

*Floyd E. Harper,* for appellee Sam Healer.

*Per Curiam:* These cases were submitted with *The State v. Foren, ante,* p. 654, and present the same questions  For the reasons given in the opinion in that case, the orders of the court directing a return of the property seized are affirmed.